[3504] [Notice of Claim]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                         Case No. 3:08−bk−05584−PMG
                                                                                              Chapter 13

Fredrick T Barnes
aka Fredrick Trease Barnes
aka Frederick Trease Barnes




_____Debtor(s)_____/


NOTICE OF CLAIM FILED BY DEBTOR

TO:

Regional Acceptance Co., 4132 Bristol Ave., Johnson City, TN 37601

   Notice is given pursuant to Fed. R. Bank. P. 3004 that Debtor filed a claim on your behalf in the above captioned matter on October 12, 2009, in the amount of $21,835.00.


   Dated October 13, 2009.

                                                      Lee Ann Bennett, Clerk of Court
                                                      300 North Hogan Street Suite 3−350
                                                      Jacksonville, FL 32202

       Copies furnished to:
       Debtor
       Debtor's Attorney
       Trustee
       Creditor Listed Above